UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PAUL MEYNARDIER-SEGURA,

    Plaintiff,

v.

Case No. 2:26-cv-215-KCD-NPM

MIAMI KROME IMMIGRATION COURT, ATTORNEY GENERAL PAMELA BONDI, ACTING DIRECTOR TODD LYONS, U.S. ATTORNEY FOR THE MIDDLE DISTRICT OF FLORIDA, WARDEN, GLADES COUNTY DETENTION CENTER,

    Defendants.
_____/

## **ORDER**

Petitioner seeks habeas relief under 28 U.S.C. § 2241. (Doc. 1.) The Court finds that a response is appropriate. Accordingly, it is **ORDERED**:

1. The Clerk of Court is **DIRECTED** to send a copy of this Order, the Petition, with exhibits (Doc. 1) electronically to the United States Attorney's Office in Tampa, Florida (USAFLM.Alcatraz@usdoj.gov) and by certified mail to the Attorney General of the United States in Washington, D.C (U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington DC 20530-0001).

2. Petitioner is also directed to serve this order on Respondents by **March 10, 2026**, and file proof of service. Petitioner does not need to obtain a summons to do so.

Under 28 U.S.C. § 2243, Respondents are **DIRECTED** to show cause why Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) should not be granted. After careful review of the petition and its attachments, the Court finds good cause to allow Respondents until **February 24, 2026**, to do so.

**ORDERED** in Fort Myers, Florida on February 3, 2026.

Kyle C. Dudek
United States District Judge